UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    CASE NO. 22-CR-087 (BAH) |
| v. | : |
| CARSON S. LUCARD, | : |
| Defendant. | : |

### ORDER

Upon a representation by the United States that the defendant has never been subject of routine processing" (booking, fingerprinting, photographing) in this case:

It is the 18th day of March ORDERED:

That the defendant surrender to the United States Marshal's Office for the Eastern District of Pennsylvania on March 24, 2022, for "routine processing."

Date: March 18, 2022

_____
THE HONORABLE BERYL A. HOWELL
UNITED STATES CHIEF DISTRICT JUDGE

Error! Unknown document property name.