# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 22-CR-00087 (BAH) |
| | : | |
| **CARSON S. LUCARD,** | : | |
| Defendant. | : | |

## UNITED STATES' REPORT AND POSITION REGARDING PUBLIC RELEASE OF VIDEO AND PHOTOGRAPHIC EVIDENCE RE: CARSON S. LUCARD PLEA

Per this Honorable Court's March 18, 2022, Minute Order, the United States will make the following video evidence available to the Court electronically:

| Number | File Name | Approximate Length | Source | Description |
|---|---|---|---|---|
| 1 | vlc-record-2021-11-02-10h12m43s-0102 USCS 01 Senate Wing Door near S139 2021.mp4 | 48 seconds | U.S. Capitol Police | CCTV video |
| 2 | vlc-record-2021-11-02-10h19m21s-0402 USCH 01 Crypt North 2021-01-06 15_05_36-entering crypt.mp4 | 35 seconds | U.S. Capitol Police | CCTV video |
| 3 | vlc-record-2021-11-02-10h23m35s-0402 USCH 01 Crypt North 2021-01-06 15_05_36-leaving crypt.mp4 | 5 seconds | U.S. Capitol Police | CCTV video |
| 4 | vlc-record-2021-11-08-11h05m23s-0102 USCS 01 Senate Wing Door near S139 2021-01-06 15_13_58 - exit-.mp4 | 51 seconds | U.S. Capitol Police | CCTV video |
| 5 | 0102USCS01SenateWingDoornearS139_2021-01-06_14h56min05s277ms.mp4 | 8 minutes, 56 seconds | U.S. Capitol Police | CCTV video |
| 6 | 0102USCS01SenateWingDoornearS139_2021-01-06_14h47min08s147ms.mp4 | 8 minutes, 56 seconds | U.S. Capitol Police | CCTV video |

Neither the government nor the defense object to the public release of the above-listed videos.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        DC Bar No. 481052

By:     /s/ *Grace Albinson*
           GRACE ALBINSON
           NY Bar No. 4952697
           Trial Attorney, U.S. Department of Justice
           Capitol Riot Detailee
           150 M Street, N.E.
           Washington, D.C. 20002
           Tel: (202) 598-3276
           GAlbinson@usa.doj.gov

**CERTIFICATE OF SERVICE**

On March 22, 2022, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/ *Grace Albinson*
GRACE ALBINSON
Trial Attorney
Capitol Riot Detailee