UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 22-CR-087 (BAH) |
| v. : | |
| : | |
| CARSON S. LUCARD, : | |
| : | |
| Defendant. : | |

## ORDER

Upon a representation by the United States that the defendant has never been subject of routine processing" (booking, fingerprinting, photographing) in this case:

It is the _____ day of March ORDERED:

That the defendant is released on certain conditions and that he be accompanied by Federal Bureau of Investigation Special Agent Joseph McGinn to the United States Marshal's Office for the Eastern District of Pennsylvania on March 25, 2022, for "routine processing."


Date:

_____
THE HONORABLE BERYL A. HOWELL
UNITED STATES CHIEF DISTRICT JUDGE

## CERTIFICATE OF SERVICE

On this 23rd day of March 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Grace Albinson*
GRACE ALBINSON
Capitol Riot Detailee