IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 22-cr-87-BAH |
| **CARSON S. LUCARD,** | |
| Defendant. | |

## NOTICE OF APPEARANCE

Please take notice of the appearance of Elizabeth L. Van Pelt as an attorney for Mr. Lucard.

Thank you,

CARSON S. LUCARD
By Counsel

By:

/s/ *[signature]*

Elizabeth L. Van Pelt
*Virginia Bar No. 82750*
*Delaware Bar No. 6117*
*District of Columbia Bar No. 1615865*
libbey@libbeyvanpeltlaw.com
LIBBEY VAN PELT LAW, PLLC
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
(571) 356-9066

## CERTIFICATE OF SERVICE

I certify that on March 23, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends a notification of filing (NEF) to all counsel of record.

/s/ *[signature]*
Elizabeth L. Van Pelt