AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| USA  *Plaintiff*  v.  Carson LUCARD  *Defendant* | )  )  )  )  )  )  Case No. 1:22-CR-00087 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Carson LUCARD

Date: 3/23/22

*William Brennan*
*Attorney's signature*

William J. Brennan   49665
*Printed name and bar number*
1600 Locust Street
Philadelphia, PA 19103

*Address*

brennan_law@hotmail.com
*E-mail address*

(215) 568-1400
*Telephone number*

(215) 568-1449
*FAX number*