Law Offices of William J. Brennan
BY: William J. Brennan, Esquire
1600 Locust Street
Philadelphia, PA 19103
215-568-1400
215-568-1449

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America : | |
| : | |
| v : | 22-CR-00087-001 |
| : | |
| Carson Lucard : | |

### Defendant's Sentencing Memorandum

The instant offense is Carson Lucard's only contact with the Criminal Justice System. Having stated that, he wishes to acknowledge to this Honorable Court, his deep remorse for his actions at our Nation's Capitol.

While no evidence has been presented to show that he participated in damaging property in the Capitol Building, he realizes that his presence that day added to the overall chaotic nature of events that shaked our country.

Mr. Lucard is very sorry.

Mr. Lucard accepts the serious nature of his actions and has sought and receives counseling to address the underlying causes of his conduct.

## BACKGROUND

Carson Stiles Lucard is a 28 year old man who lives in his childhood home with his parents. Indeed, he is the full time caretaker for his invalid father, Richard Lucard, who suffers from Guillain-Barre Syndrome. Mr. Lucard has earned his Associate of Arts in Liberal Arts from Montgomery County Community College.

As the many letters of support indicate, Carson is known as a loving and dutiful son, good friend and helpful neighbor. Growing up in a suburb of Philadelphia, he enjoyed a childhood filled with family gatherings, sports activities and school events.

Mr. Lucard's family and friends describe him as follows:

"Carson has always been loving and caring"
Jacquelyn and Richard Lucard, Mother and Father

"Since his father's diagnosis of Guillain-Barre Syndrome in 2020 Carson has been a tremendous support and help to both his parents. While the illness has been a strain on our family Carson continues to be a positive influence by helping his father both mentally and physically." Jacquelyn and Richard Lucard, Mother and Father.

"As a young adult, Carson has continued to be extremely helpful around the house, especially after his dad became sick. He continued to be respectful and always willing to help family and friends." Karen and Franklin Lucard, Aunt and Uncle.

"I know him to be a good, caring, and intelligent young man, who has never broken the law or caused harm to any other person or to any government institution. He is by nature kind, quit, respectful, and well behaved" Michael R. Stiles, Esquire, Uncle.

"As a matter of my professional background and personal perspective, I would respectfully note that I have been an attorney for more than fifty years and have practiced law, exclusively, as a state and federal persecutor and trial judge. From 1971 to 1983 I was a member of the Philadelphia District Attorney's Office, leaving the position of First Assistant District Attorney to become a judge

of the Court of Common Pleas in Philadelphia. I served in that position for more than ten years, presiding over serious felony and homicide trials, with and without juries. I was appointed by President Clinton in 1993 to serve as the United States Attorney for the Eastern District of Pennsylvania, an office I held for eight years until 2001. I recite that background to explain that I understand and appreciate the important responsibility of the Court determining the appropriate sentence in this, and any other, case."
Michael R. Stiles, Esquire, Uncle.

"I have known Carson since infancy and have had the pleasure to watch him grow through the years into a kind, intelligent and compassionate person. Carson is a loving son, grandson, nephew and loyal friend." Patricia Kirby, family friend

"He is an intelligent young man who cares deeply about his family."
Kellen Flannery

"He has a positive personality and works very well with young people."
Kellen Flannery,

"As a result, Carson has provided, and continues to provide, the primary support for his father from late afternoon throughout the evening and nighttime until the morning when his mother gets home from work." John L. Bassani, Family Friend

"One can only imagine the impact on a young man in his mid-twenties, watching his father's strength and overall health deteriorate while doing all he can to help provide for his father's daily needs. Rather than the strains arising from Dick's illness pulling the family apart, the challenges they all have faced over the last two and one-half years has brought them even closer together. Carson has made that possible as he has faithfully continues to help his father" John L. Bassani, Family Friend

## JANUARY 6, 2020

Mr. Lucard traveled to Washington D.C. with the father of a friend, Brian Stenz. Mr. Stenz, who had five convictions and an open case at the time of this offense received 36 months probation conditioned on 14 days incarceration. The Government has asked for thirty days

incarceration in Mr. Lucard's case because he entered the building two times. Notwithstanding the re-entry, the Government has no evidence that Mr. Lucard caused any damage while inside.

Carson Lucard has no prior contact with the Criminal Justice System. By accepting responsibility for his actions and pleading guilty, Mr. Lucard will have to suffer the collateral consequences of conviction for the rest of his life. He will need to disclose his federal conviction on every application for employment, housing, advance education and application for licensure which is no small sanction.

Mr. Lucard has been evaluated by William Russell, Ph.D., a forensic psychologist who is working on a report that is not yet available at the time of this filing. Dr. Russell, however, has advised that it is his opinion that Mr. Lucard's conduct here is aberrant behavior and not the result of any pattern or the product of ongoing misconduct. He also concluded that Mr. Lucard is at very low risk of re-offending.

### Factors Embodied in 18 U.S.C. §3553(a)

The primary directive in 18 U.S.C. §3553(a) is for sentencing courts to "impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph 2 of §3553(a)." Section 3553(a)(2) states that these purposes are:

(A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

(B) to afford adequate deterrence to criminal conduct;

(C) to protect the public from further crimes of the defendant; and,

(D) to provide the defendant with needed educational of vocational training, medical care, or other correctional treatment in the most effective manner.

18 U.S.C. §3553(a)(2). Of course, these §3553(a)(2) factors are simply a restatement of the traditional goals of sentencing of retribution, deterrence, the protection of society, and rehabilitation.

In determining a sufficient sentence, §3553(a) further directs sentencing courts to consider the following factors:

(1) "the nature and circumstances of the offense and the history and characteristics of the defendants," see 18 U.S.C. §3553(a);

(2) "the kinds of sentences available," see 18 U.S.C. §3553(a)(3);

(3) "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct," see 18 U.S.C. §3553(a) (6); and

(4) "the need to provide restitution to any victims of the offense; see 18 U.S.C. §3553(a)(7). This is not an exhaustive list of the factors which the Court can consider. Indeed, pursuant to 18 U.S.C. §3661, "no limitation shall be placed on the information concerning the background, character, and conduct of [the defendant] which a court of the United States may receive and consider for the purpose of imposing an appropriate sentence."

## SUMMARY

For all of the reasons set forth herein, Mr. Lucard respectfully requests a sentence of Probation. Such a sentence will serve to punish and deter without imposing a penalty greater than necessary to address the factors in 18 U.S.C. §3553.

Respectfully submitted,

William J. Brennan, Esquire

**Jacquelyn and Richard Lucard**
3102 DeKalb Pike
Norristown, PA 19401

Chief Judge Beryl A. Howell
US District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Dear Chief Judge Howell:

My name is Jacquelyn Lucard and my husband Richard and I are writing to you on behalf of our son Carson S. Lucard who is appearing before you on Friday, June 24, 2022.

Let us please begin by saying that Carson is our only child and has been a blessing to his parents since he was born. I have been working full time since I graduated from college and when I became pregnant at 39 it was a happy surprise and felt like a miracle to our family.

Carson has always been loving and caring. As a young child he was a bright student with an insatiable desire to learn and explore new things. Carson likes the outdoors, nature and animals. His passion for sports started at an early age too. At school he participated in several sports and excelled in soccer. His interest in soccer grew more intense as he approached high school and was playing on competitive travel teams. After college he continued his athletic pursuits as he is passionate about fitness and well-being. Presently he regularly works out maintaining his strength and good health.

Since his father's diagnosis of Guillain-Barre Syndrome in 2020 Carson has been a tremendous support and help to both his parents. While the illness has been a strain on our family Carson continues to be a positive influence by helping his father both mentally and physically. Although his father is still wheel chair bound he has been able to make some progress by working with Carson on his physical therapy. Carson is a compassionate and caring son who has stepped up at the most crucial of times.

His dedication to fitness has been extremely helpful as Carson is now his father's primary caretaker. This is particularly important and valuable to us because my job requires me to work from 11:00 pm to 8:30 am. Carson is on "duty" throughout the night and without his support I would not feel comfortable being away from home at work.

Thank you for the opportunity to share some of our insights about our son. We appreciate your consideration.

Sincerely,

*Jacquelyn Lucard & Richard Lucard*

Jacquelyn and Richard Lucard

Karen and Franklin Lucard
310 Elliger Ave.
Fort Washington, PA 19034

May 16, 2022

Chief Judge Beryl A. Howell
U.S. District Court for District of Columbia
333 Constitution Ave., N. W.
Washington, DC, 20001

Dear Chief Judge Beryl A. Howell:

We are writing with regard to Carson Lucard. We are Carson's aunt and uncle and have known him for his entire life.

As a young boy, we remember Carson as being very friendly, loving and respectful. As a teenager, we remember that Carson was smart, a good student and a very good athlete. We remember many nice friends coming to his house as well as visiting their houses. Also, Carson was helpful around the house.

As a young adult, Carson has continued to be extremely helpful around the house, especially after his Dad became sick. He continued to be respectful and always willing to help family and friends.

Please let us know if you have any questions, concerns or would like to schedule an interview. Please contact us at the following email address - frank.lucard@yahoo.com.

Sincerely,

Karen and Franklin Lucard
Karen Lucard

May 10, 2022

Honorable Beryl A. Howard, Chief Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Howard,

I am writing on behalf of Carson Lucard who is to appear before you for sentencing on June 24, 2022, in connection with his involvement in the events of January 6, 2021 at the Capitol Building.

I am Carson's uncle, the oldest brother of his mother, Jacqulyn Lucard. I have known Carson for his entire life. I know him to be a good, caring, and intelligent young man, who has never before broken the law or caused harm to any other person or to any government institution. He is by nature kind, quiet, respectful, and well behaved. His decision to go to Washington, D.C. on January 6 was surprising and disappointing to me, but I am certain that it was not motivated by anger or malicious intent.

As a matter of my professional background and personal perspective, I would respectfully note that I have been an attorney for more than fifty years and have practiced law, exclusively, as a state and federal prosecutor and trial judge. From 1971 to 1983 I was a member of the Philadelphia District Attorney's Office, leaving the position of First Assistant District Attorney to become a judge of the Court of Common Pleas in Philadelphia. I served in that position for more than ten years, presiding over serious felony and homicide trials, with and without juries. I was appointed by President Clinton in 1993 to serve as the United States Attorney for the Eastern District of Pennsylvania, an office I held for eight years until 2001. I recite that background to explain that I understand and appreciate the important responsibility of the Court in determining the appropriate sentence in this, and any other, case.

I am hopeful that the Court will find that Carson's conduct on June 6, while unlawful, places him in the general category of the least culpable of participants and, combined with his unblemished, law abiding background, makes him worthy of favorable consideration in the Court's determination of an appropriate sentence.

Thank you for your consideration of my views.

Respectfully,

Michael R. Stiles, Esq

Kellen Flannery
198 Stenton Avenue
Blue Bell, PA 19422

May 14, 2022

Chief Judge Beryl A. Howell
U. S. District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Howell:

I have known Carson Lucard since he was born. He is an intelligent young man who cares deeply about his family. His mother is a hard working woman dedicated to her disabled husband and her son Carson who lives at home with his parents. Carson assists lovingly with his father's care.

Carson was a bright student and active athlete at Norristown H.S. where he was well liked by his teachers and peers. Carson attended the University of Pittsburgh for 2 years and completed his A.A. degree at Montgomery County Community College.

Carson is an intelligent person with a great deal of potential. He has a positive personality and works very well with young people. I understand that Carson is active in the local community doing volunteer work as a youth soccer coach.

I am hopeful that given the chance to move forward Carson can make a positive contribution to his and our local community.

Thank you for your consideration.

Sincerely,

Kellen Flannery

John L. Bassani<br>
17 West Clearfield Road<br>
Havertown, PA 19083<br>
bassani@seas.upenn.edu<br>
cell: 610-357-0387

Chief Judge Beryl A. Howell
US District Court for the District of Columbia
333 Constitution Avenue
Washington, DC 20001 NW

Dear Chief Judge Howell,

I am writing as a testimony to Carson S. Lucard, who I have known throughout his entire life. Carson is the son of my good friend, Richard W. Lucard (Dick), who I have known since the early 1970s, when we were undergraduates at Lehigh University. I have also known Carson's mother, Jacquelyn S. Lucard (Lyn) for nearly that long. I am a professor of mechanical engineering at the University of Pennsylvania, where I have taught since 1980. I have watched Carson grow up in a loving family and especially have enjoyed following his passion for sports in high school and since then. I will focus my testimony on the last few years, since Carson's father has been confined to a wheelchair because he suffers from Guillain Barre syndrome, which is a rare autoimmune condition. Carson has been remarkable in caring for his father.

Dick's symptoms first appeared in January 2020 at the beginning of the pandemic. After an initial hospitalization followed by an extended in-patient rehab, he returned home confined to a wheelchair, unable to stand up and with limited use of this arms and hands. He requires continual support throughout the day. Lyn's job requires her to work from late night to early morning. As a result, Carson has provided, and continues to provide, the primary support for his father from late afternoon throughout the evening and nighttime until the morning when his mother gets home from work. I visit from time to time and have seen all that firsthand. Carson's support for his father includes bathroom needs, wound care, food, as well as helping his him connect to the world through the internet, especially since the pandemic has limited others visiting him. To help lift Dick's spirits, a group of us from college periodically get together over zoom, and Carson has always been there to get his father connected. In addition to the physical toll on Dick, all of that has taken a great emotional toll on Carson and also on Lyn.

One can only imagine the impact on a young man in his mid-twenties, watching his father's strength and overall health deteriorate while doing all he can to help provide for his father's daily needs. Rather than the strains arising from Dick's illness pulling the family apart, the challenges they all have faced over the last two and one-half years has brought them even closer together. Carson has made that possible as he has faithfully continues to help his father. From my own personal experience with my mother's care in her last 10 years, I know that no one should take for granted what Carson does daily for his father and the impact of that on Carson. I certainly do not. I have great admiration for Carson.

Please let me know if I can provide any further perspective.

Sincerely yours,

*[signature]*

John L. Bassani

May 14, 2002

Chief Judge Beryl A. Howell
U. S. District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Howell,

I am sending you this letter with reference to Carson Lucard, relative to his character as a citizen of our country.

I have been fortunate to not only to have known Carson, but also his family for many years. I have known Carson since infancy and have had the pleasure to watch him grow through the years into a kind, intelligent and compassionate person. Carson is a loving son, grandson, nephew and loyal friend. I have thoroughly enjoyed watching Carson grow up to become the person he is today and will always love him dearly.

Through the years Carson has had many interests and has participated in various team endeavors to include membership of his high school chess team and athletics; numerous levels of soccer (club soccer, FC Delco Trave Team and others), basketball, lacrosse, along with track and field.

Carson continues to enjoy practicing martial arts and keeping physically and emotionally fit through his weekly routine.

I am hopeful that you will find my letter informative and helpful.

Respectfully,

Patricia Kirby

April 26, 2022

Chief Judge Beryl A. Howell
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Chief Judge Beryl A. Howell,

Carson Lucard is a very kind and respectful young man. My family and his were neighbors for over fifteen years when we lived on DeKalb Pike in East Norriton, Pennsylvania

Carson was a friend to my sons while they were growing up. They were always playing basketball, hockey and soccer together. He is someone my sons are proud to have as a friend. He is always welcome in our home. He has always been friendly and helpful, carrying groceries, snow shoveling and raking for his neighbors.

Since his father has been diagnosed with Guillain-Barre syndrome Carson has been a tremendous help to his family and they rely heavily on him for their everyday needs.

Thank you for your kind consideration.

*Gayle Houseal*

Gayle Houseal
2917 East High Street, Unit 25
Pottstown, PA 19464
484-686-9477