Law Offices of William J. Brennan
BY: William J. Brennan, Esquire
1600 Locust Street
Philadelphia, PA 19103
215-568-1400
215-568-1449

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

United States of America  :
          :
  v        :  22-CR-00087-001
          :
Carson Lucard     :

## DEFENSE RESPONSE TO COURT'S JUNE 22, 2022
## MINUTE ORDER RE: VIDEO EXHIBITS

Per this Honorable Court's June 22, 2022 Minute Order, the defense says the following:

Based on the representations made by the Government in the United States' Response to Court's June 22, 2022 Minute Order Re: Video Exhibits, the defense has no objection to the release of videos as set forth in the Minute Order of June 22, 2022.

              Respectfully submitted,

              */s/ William J. Brennan*
              William J. Brennan, Esquire

## CERTIFICATE OF SERVICE

On June 22, 2022, a copy of the foregoing was served on Government Counsel via the Court's Electronic Filing System.

_____
William J. Brennan, Esquire